UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMARLO RAGLAND, )<br>)<br>        Plaintiff )<br>)<br>vs. )<br>)<br>FRANCENE GREGORY, )<br>)<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:22-CV-443-BO -RJ** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the memorandum and recommendation [DE 11] is ADOPTED. Consistent with that M&R, plaintiff's application to proceed *in for ma pauper is* [DE 1] is GRANTED, but plaintiff's complaint [DE 1-1] is DISMISSED without prejudice for lack of subject matter jurisdiction. As a result, plaintiffs remaining motion to recuse [DE 9] and motion to transfer [DE 2] are DENIED AS MOOT.

This Judgment filed and entered on May 12, 2023, and copies to:
Kimarlo Ragland                                      (Sent to 813 Water Street Henderson, NC 27536 via US Mail)

May 12, 2023                                        PETER A. MOORE, JR.
                                                        Clerk of Court

                                                        By: /s/ Nicole Sellers
                                                             Deputy Clerk